UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-47-MOC-DCK-1

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | )<br>)<br>) |
| Vs. | ) ORDER |
| **JOSE VELAZQUEZ,** | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the court on defendant's Motion to Continue Sentencing. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Continue Sentencing (#44) is **GRANTED,** and the Clerk of Court is instructed to place this matter on the next appropriate sentencing calendar.

Signed: September 23, 2021

Max O. Cogburn Jr.
United States District Judge